DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. ROSS

No. 124 PC.

Case below: 31 N.C. App. 394.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 January 1977.

STATE v. SHOOK

No. 17 PC.

Case below: 31 N.C. App. 749.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 31 January 1977.

STATE v. SMALL

No. 15 PC.

Case below: 31 N.C. App. 556.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

STATE v. SMEDBERG

No. 19 PC.

Case below: 31 N.C. App. 585.

Petition by defendants for discretionary review under G.S. 7A-31 denied 31 January 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 31 January 1977.

STATE v. STARNES

No. 6 PC.

Case below: 31 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.